## BEFORE THE UNITED STATES JUDICIAL PANEL
## ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND VENTILATOR LITIGATION | MDL Docket No. 3014 |

## NOTICE OF POTENTIAL TAG-ALONG ACTIONS

In accordance with Rule 7.1(a) of the Rules of Procedure of the U.S. Judicial Panel on Multidistrict Litigation ("JPML"), Defendants Philips North America LLC, Philips RS North America LLC and Philips Holding USA, Inc. write to notify you of the potential "tag-along" actions listed on the attached Schedule of Actions.

Docket sheets and complaints are attached hereto.

Dated: November 8, 2021

Respectfully Submitted,

/s/ *John P. Lavelle, Jr.*
John P. Lavelle, Jr.
john.lavelle@morganlewis.com
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel: 215.963.5000

*Counsel for Defendants Philips North America LLC, Philips RS North America LLC and Philips Holding USA, Inc.*