BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND VENTILATOR LITIGATION | MDL Docket No. 3014 |
|---|---|

## SCHEDULE OF POTENTIAL TAG-ALONG ACTIONS

|   | Plaintiff(s) | Defendants | District | Civil Action No. | Judge |
|---|---|---|---|---|---|
| 1. | Mark Edwards | Koninklijke Philips N.V.; Philips North America LLC; and Philips RS North America LLC | E.D.N.Y. | 2:21-cv-06153 | Hon. Joan M. Azrack |
| 2. | Joe Garcia | Koninklijke Philips N.V.; Philips North America LLC; and Philips RS North America LLC | C.D. Ca. | 5:21-cv-01868 | Hon. Jesus G. Bernal |
| 3. | Stephen Lawrence | Koninklijke Philips N.V.; Philips North America LLC; and Philips RS North America LLC | D. Minnesota | 0:21-cv-02439 | Hon. Tony N. Leung |
| 4. | David Smith and Donna Smith | Koninklijke Philips N.V.; Philips North America, LLC; Philips Holding USA, Inc.; and Philips RS North America LLC | D. Massachusetts | 1:21-cv-11781 | Hon. Richard G. Stearns |