# 2181CV02413 Mack, John et al vs. Philips North America, Llc et al

- Case Type:
- Torts
- Case Status:
- Closed
- File Date
- 10/11/2021
- DCM Track:
- A - Average
- Initiating Action:
- Products Liability
- Status Date:
- 10/13/2021
- Case Judge:
- 
- Next Event:

| All Information | Party | Tickler | Docket | Disposition |

## Party Information

**Mack, John**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Kelley, Esq., Walter
- Bar Code
- 670525
- Address
- Bernheim Kelley Battista Bliss
  4 Court St
  Suite 305
  Plymouth, MA  02360
- Phone Number
- (508)747-8854

**More Party Information**

**Mack, Jeannette**
- Plaintiff

**Alias**

**Party Attorney**
- Attorney
- Kelley, Esq., Walter
- Bar Code
- 670525
- Address
- Bernheim Kelley Battista Bliss
  4 Court St
  Suite 305
  Plymouth, MA  02360
- Phone Number
- (508)747-8854

**More Party Information**

**Philips North America, Llc**
- Defendant

**Alias**

**Party Attorney**
- Attorney
- Hall, Esq., Emma Diamond
- Bar Code
- 687947
- Address
- Morgan, Lewis and Bockius LLP
  One Federal St
  Boston, MA  02110
- Phone Number
- (617)951-8194
- Attorney

- Savrin, Esq., Daniel Scott
- Bar Code
- 555434
- Address
- Morgan, Lewis and Bockius LLP
  1 Federal St
  Boston, MA  02110
- Phone Number
- (617)951-8674

**More Party Information**

**Philips Holding USA, Inc.**
- Defendant

| Alias | Party Attorney |
|---|---|
| | - Attorney<br>- Hall, Esq., Emma Diamond<br>- Bar Code<br>- 687947<br>- Address<br>- Morgan, Lewis and Bockius LLP<br>  One Federal St<br>  Boston, MA  02110<br>- Phone Number<br>- (617)951-8194<br>- Attorney<br>- Savrin, Esq., Daniel Scott<br>- Bar Code<br>- 555434<br>- Address<br>- Morgan, Lewis and Bockius LLP<br>  1 Federal St<br>  Boston, MA  02110<br>- Phone Number<br>- (617)951-8674 |

**More Party Information**

**Philips Rs North America, Llc**
- Defendant

| Alias | Party Attorney |
|---|---|
| | - Attorney<br>- Hall, Esq., Emma Diamond<br>- Bar Code<br>- 687947<br>- Address<br>- Morgan, Lewis and Bockius LLP<br>  One Federal St<br>  Boston, MA  02110<br>- Phone Number<br>- (617)951-8194<br>- Attorney<br>- Savrin, Esq., Daniel Scott<br>- Bar Code<br>- 555434<br>- Address<br>- Morgan, Lewis and Bockius LLP<br>  1 Federal St<br>  Boston, MA  02110<br>- Phone Number<br>- (617)951-8674 |

**More Party Information**

### Ticklers

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Service | 10/11/2021 | 01/10/2022 | 91 | 10/13/2021 |
| Answer | 10/11/2021 | 02/08/2022 | 120 | 10/13/2021 |
| Rule 12/19/20 Served By | 10/11/2021 | 02/08/2022 | 120 | 10/13/2021 |
| Rule 12/19/20 Filed By | 10/11/2021 | 03/10/2022 | 150 | 10/13/2021 |
| Rule 12/19/20 Heard By | 10/11/2021 | 04/11/2022 | 182 | 10/13/2021 |
| Rule 15 Served By | 10/11/2021 | 12/05/2022 | 420 | 10/13/2021 |

| Tickler | Start Date | Due Date | Days Due | Completed Date |
|---|---|---|---|---|
| Rule 15 Filed By | 10/11/2021 | 01/04/2023 | 450 | 10/13/2021 |
| Rule 15 Heard By | 10/11/2021 | 01/04/2023 | 450 | 10/13/2021 |
| Discovery | 10/11/2021 | 10/02/2023 | 721 | 10/13/2021 |
| Rule 56 Served By | 10/11/2021 | 10/31/2023 | 750 | 10/13/2021 |
| Rule 56 Filed By | 10/11/2021 | 11/30/2023 | 780 | 10/13/2021 |
| Final Pre-Trial Conference | 10/11/2021 | 03/29/2024 | 900 | 10/13/2021 |
| Judgment | 10/11/2021 | 10/10/2024 | 1095 | 10/13/2021 |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 10/11/2021 | Case assigned to: DCM Track A - Average was added on 10/11/2021 | | Image |
| 10/11/2021 | Complaint electronically filed. | 1 | Image |
| 10/11/2021 | Civil action cover sheet filed. | 2 | Image |
| 10/12/2021 | Early Case Management Conference Pilot Program. | | |
| 10/12/2021 | Demand for jury trial entered. | | |
| 10/13/2021 | Attorney appearance On this date Emma Diamond Hall, Esq. added as Private Counsel for Defendant Philips North America, Llc. | | |
| 10/13/2021 | Attorney appearance On this date Emma Diamond Hall, Esq. added as Private Counsel for Defendant Philips Holding USA, Inc.. | | |
| 10/13/2021 | Attorney appearance On this date Emma Diamond Hall, Esq. added as Private Counsel for Defendant Philips Rs North America, Llc. | | |
| 10/13/2021 | Attorney appearance On this date Daniel Scott Savrin, Esq. added as Private Counsel for Defendant Philips North America, Llc. | | |
| 10/13/2021 | Attorney appearance On this date Daniel Scott Savrin, Esq. added as Private Counsel for Defendant Philips Holding USA, Inc.. | | |
| 10/13/2021 | Attorney appearance On this date Daniel Scott Savrin, Esq. added as Private Counsel for Defendant Philips Rs North America, Llc. | | |
| 10/13/2021 | Defendants Philips North America, Llc, Philips Holding USA, Inc., Philips Rs North America, Llc's Notice of Filing of Notice of Removal | 3 | Image |
| 10/13/2021 | REMOVED to the U.S. District Court Applies To: Hall, Esq., Emma Diamond (Attorney) on behalf of Philips Holding USA, Inc., Philips North America, Llc, Philips Rs North America, Llc (Defendant) | | |
| 10/13/2021 | Case transferred to another court. | | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Transferred to another Court | 10/13/2021 | |