BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND VENTILATOR LITIGATION | Master Docket Misc. No. 21-1230<br><br>MDL Docket No. 3014<br><br>Civil Action Nos. TXW/5:21-CV-00921; MA/1:21-CV-11518 |

## MOTION REQUESTING ALTERNATIVE METHOD TO APPEAR FOR INITIAL STATUS CONFERENCE

TO THE HONORABLE JUDGES OF SAID COURT:

COME NOW, Plaintiffs, Counsel Robert C. Hilliard and Marion M. Reilly, on behalf of their clients and file this Motion Requesting Alternative Method to Appear for the Initial Status Conference and respectfully show the Court as follows:

Pursuant to Pretrial Order #1 Doc. [4] and procedure of the U.S. Judicial Panel on Multidistrict Litigation ("JPML"), attorneys are instructed to request an alternative method to appear, need be, for Initial Status Conference scheduled for December 15, 2021, at 1:30 p.m. EST.

In light of the Omicron variant, Attorneys Robert C. Hilliard and Marion M. Reilly of Hilliard Martinez Gonzales, LLP, request for an alternative method to appear at the Initial Status Conference. Mrs. Reilly is currently 8.5 months pregnant and has been restricted from travel until delivery at the end of this month.

## CONCLUSION

For the foregoing reasons, Robert C. Hilliard and Marion M. Reilly respectfully request that this Panel allow an alternative Method for them to Appear at the Initial Status Conference.

Date: December 8, 2021

Respectfully Submitted,

By: */s/ Marion M. Reilly*
**Robert C. Hilliard**
Federal Bar No. 5912
bobh@hmglawfirm.com
Marion Reilly
Federal Bar No. 1357491
marion@hmglawfirm.com
**HILLIARD MARTINEZ GONZALES LLP**
719 S. Shoreline Boulevard
Corpus Christi, Texas 78401
Telephone No. 361-882-1612
Facsimile   No. 361-882-3015

*HMGService@hmglawfirm.com
*Service by e-mail to this address only.

*ATTORNEYS FOR PLAINTIFFS*