BEFORE THE UNITED STATES JUDICIAL PANEL ON
MULTI DISTRICT LITIGATION

| IN RE: PHILIPS RECALLED CPAP, BI-LEVEL PAP, AND MECHANICAL VENTILATOR PRODUCTS LITIGATION | MDL Docket No. 3014 |
|---|---|

**NOTICE OF POTENTIAL TAG-ALONG ACTIONS-SCHEDULE OF ACTIONS**

|  | **Plaintiff(s)** | **Defendants** | **District** | **Civil Action No.** | **Judge** |
|---|---|---|---|---|---|
| 1. | Barbara Duhon | Koninklijke Philips N.V.; Philips North America LLC; Philips Holding USA, Inc.; Philips RS North America LLC f/k/a Respironics, Inc.; and Philips RS North America Holding Corporation | MA | 1:21-cv-11954 | The Honorable Nathaniel M. Gorton |
| 2. | Tom Fortney, Individually and as Executor of the Estate of Etta Gay Fortney | Koninklijke Philips N.V.; Philips North America LLC; Philips Holding USA, Inc.; Philips RS North America LLC f/k/a Respironics, Inc.; and Philips RS North America Holding Corporation | MA | 1:21-cv-11971 | The Honorable Richard G. Stearns |

Dated: December 9, 2021

/s/ Kimberly D. Barone Baden
Kimberly D. Barone Baden, Esquire
SC Federal ID #7745
kbarone@motleyrice.com
Ann E. Rice Ervin, Esquire
SC Federal ID #11353
ariceervin@motleyrice.com

Roger M. "Hank" Young, Jr.
SC Federal ID #12466
hyoung@motleyrice.com
**MOTLEY RICE LLC**
28 Bridgeside Boulevard
Mt. Pleasant, SC 29464
(843) 216-9000 (Phone)
(843) 216-9635 (Fax)

Attorneys for Plaintiffs